THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC. and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 18-614 JLR<br><br>SECOND STIPULATION TO EXTEND TRIAL DATE PER COURT'S JUNE 19, 2019 ORDER |

Plaintiff AGCS Insurance Company ("AGCS") and Defendants Expeditors International Ocean, Inc. and Expeditors International of Washington, Inc. (collectively, "Expeditors") hereby stipulate and jointly request that the Court extend the trial date to the end of its current trial calendar and issue a new case scheduling order, as indicated in the Court's Order dated June 19, 2019, (dkt 23).

STIPULATION TO EXTEND TRIAL DATE PER COURT'S
JUNE 19, 2019, ORDER (No. 18-614 JLR) - 1

Gaspich Law Office PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tel. (206) 956-4204
Fax: (206) 956-4214

DATED this 26th day of June, 2019.

| GASPICH LAW OFFICE PLLC | FOSTER PEPPER PLLC |
|---|---|
| s/ *Anthony J. Gaspich* | s/ *Steven W. Block* |
| Anthony J. Gaspich, WSBA No. 19300 | Steven W. Block, WSBA #24299 |
| Attorneys for Plaintiff | Kelly Ann Mennemeier, WSBA #51838 |
| AGCS Marine Insurance Company | Christopher A. Rogers, WSBA #49634 |
| 1000 Second Avenue, Suite 3330 | Attorneys for Defendants |
| Seattle, WA 98104 | Expeditors International, Inc. |
| Tele. (206) 956-4204 | 1111 Third Avenue, Suite 3000 |
| Email: tony@gaspichwilliams.com | Seattle, WA 98101 |
| | Tele. (206) 447-4400 |
| | Email: steve.block@foster.com |
| | Email: kelly.mennemeier@foster.com |
| | Email: christopher.rogers@foster.com |

STIPULATION TO EXTEND TRIAL DATE PER COURT'S
JUNE 19, 2019, ORDER (No. 18-614 JLR) - 2

Gaspich Law Office PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tel. (206) 956-4204
Fax: (206) 956-4214

# ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW, THEREFORE, IT IS HEREBY ORDERED that this matter will be moved to the end of the Court's trial calendar and the Court will issue a new scheduling order based on the new trial date.

Dated this 27th day of June, 2019.

_____
United States District Court Judge

Presented by:

GASPICH LAW OFFICE PLLC

s/ *Anthony J. Gaspich*
Anthony J. Gaspich, WSBA No. 19300
Attorneys for Plaintiff
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tele. (206) 956-4204
Email: tony@gaspichwilliams.com

Approved as to form;
Notice of presentation waived

FOSTER PEPPER PLLC

s/ *Steven W. Block*
Steven W. Block, WSBA #24299
Kelly Ann Mennemeier, WSBA #51838
Christopher A. Rogers, WSBA #49634
Attorneys for Defendants
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tele. (206) 447-4400
Email: steve.block@foster.com
Email: kelly.mennemeier@foster.com
Email: christopher.rogers@foster.com

STIPULATION TO EXTEND TRIAL DATE PER COURT'S JUNE 19, 2019, ORDER (No. 18-614 JLR) - 3

Gaspich Law Office PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tel. (206) 956-4204
Fax: (206) 956-4214

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all parties in this matter who are registered with the Court's CM/ECF filing system.

    Steven William Block:  steve.block@foster.com, michelle.stark@foster.com, litdocket@foster.com

    Kelly Ann Mennemeier:  sandra.lonon@foster.com, kelly.mennemeier@foster.com

    Christopher A. Rogers  christopher.rogers@foster.com

          *s/ Deborah K. Harwood*
          Deborah K. Harwood

STIPULATION TO EXTEND TRIAL DATE PER COURT'S
JUNE 19, 2019, ORDER (No. 18-614 JLR) - 4

Gaspich Law Office PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tel. (206) 956-4204
Fax: (206) 956-4214