1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AGCS MARINE INSURANCE COMPANY, | CASE NO. C18-0614JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPEDITORS INTERNATIONAL OCEAN, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 11, 2020, the court dismissed this action with prejudice and without costs to any party, but allowed the parties to move to reopen the case by filing a motion within 30 days in the event settlement was not perfected. (*See* 8/11/20 Order (Dkt. # 41).) Pursuant to representations by the plaintiff that additional time is needed to

//

MINUTE ORDER - 1

1 | perfect settlement, the court finds that good cause exists to provide the parties with an
2 | additional **30 days** to perfect settlement or file a motion to reopen the case.
3 |       Filed and entered this 10th day of September, 2020.

                        WILLIAM M. MCCOOL
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk

MINUTE ORDER - 2